**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.

SUPREME COURT OF NEW YORK
COUNTY OF DUTCHESS

| | |
|---|---|
| JENNIFER BATTAGLIA,<br><br>          Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br><br>          Defendant. | Civil Action No. 3270/2007<br><br>**NOTICE OF FILING<br>OF NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that the within is a true copy of the Notice of Removal filed in the office of the Clerk of the United States District Court for the Southern District of New York on July 18, 2007.

Pursuant to 28 U.S.C. § 1446(d), the Supreme Court of the State of New York, County of Dutchess, shall proceed no further unless the case is remanded.

Dated: Florham Park, New Jersey
       July 18, 2007

DRINKER BIDDLE & REATH LLP

By: _____
Helen E. Tuttle
500 Campus Drive
Florham Park, New Jersey 07932

Attorneys for Defendant
Lowe's Home Centers, Inc.

TO:    David S. Halsband, Esq.
        Halsband Law Offices
        39 Hudson Street, 4th Floor
        Hackensack, New Jersey 07601
        Attorneys for Plaintiff

SFNJ1 1183590v1