**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER BATTAGLIA,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br><br>    Defendant. | Civil Action No.<br><br>**07 CIV. 6501**<br><br>**RULE 7.1 STATEMENT**<br><br>**BRIEANT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for Defendant Lowe's Home Centers, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Lowe's Home Centers, Inc., a corporation organized under the laws of North Carolina, is a wholly owned subsidiary of Lowe's Companies, Inc., the shares of which latter corporation are publicly traded on the New York Stock Exchange.

Dated: Florham Park, New Jersey
      July 18, 2007

DRINKER BIDDLE & REATH LLP

By:_____
Helen E. Tuttle, Esq. (HT-3120)
500 Campus Drive
Florham Park, New Jersey 07932
Telephone (973) 360-1100
Attorneys for Defendant
Lowe's Home Centers, Inc.

-2-