# DrinkerBiddle&Reath
### L L P

Law Offices

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

Helen E. Tuttle
973-549-7263
Helen.Tuttle@dbr.com

January 30, 2008

*Via Facsimile Only - (914-390-4085)*

The Honorable Charles L. Brieant
Unites States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    Battaglia v. Lowe's Home Centers, Inc.
            Civil Action No. 07 Civ. 6501 (CLB)

Dear Judge Brieant:

    This firm represents Defendant Lowe's Home Centers, Inc. ("Lowe's") in the above referenced matter.

    Pursuant to the Court's request, this letter will confirm that Your Honor has granted the parties a 45-day extension of the discovery end date. The new discovery end date is March 17, 2008. In light of this extension, the Case Management Conference scheduled for February 29, 2008 has been adjourned to April 11, 2008 at 9:00am.

    Thank you.

                                           Respectfully,

                                           Helen E. Tuttle

HET/ada

cc:    David S. Halsband, Esq. (via facsimile only)

Edward A. Gramigna, Jr.
Partner responsible for
Florham Park Office

Established 1849