UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

JENNIFER BATTAGLIA,

                Plaintiff,

-against-                                  CERTIFICATION OF SERVICE

LOWE'S HOME CENTERS, INC.,

                                                     **Civil Action No. 07 Civ. 6501 (CLB)**

                Defendant.
---------------------------------------------------------------------X

      I, David S. Halsband, hereby certify that the Amended Complaint and this Certification of Service have been served by regular first class mail through the United States Postal Service on the following counsel of record for the Defendant on March 27, 2008:

      Helen E. Tuttle, Esq.
      Drinker Biddle & Reath
      500 Campus Drive
      Florham Park, New Jersey 07932

                                                     **HALSBAND LAW OFFICES**

                                    By:    <u>s/David S. Halsband</u>
                                               David S. Halsband (DH 4609)
                                               Attorneys for Plaintiff

Dated:         March 27, 2008
                 Hackensack, New Jersey