# HALSBAND LAW OFFICES
ATTORNEYS AT LAW
39 HUDSON STREET, 4TH FLOOR
HACKENSACK, NEW JERSEY 07601
PHONE: (201) 487-6249
FAX: (201) 487-3176

DAVID S. HALSBAND
ADMITTED TO NJ, NY & MA BARS

OF COUNSEL:
JYOTI M. HALSBAND
ADMITTED TO NJ & NY BARS

April 8, 2008

**Via Facsimile: 914.390.4085**

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**Re:    Battaglia v. Lowe's
Civil Action No. 07 Civ. 6501 (CLB)**

Dear Judge Brieant:

We represent the Plaintiff in the above-referenced matter.

The parties wish to inform the Court that they have reached a settlement, subject to the execution of a mutually acceptable written settlement agreement. The parties will file a Stipulation of Dismissal once the settlement has been consummated.

Therefore, we respectfully request that the conference scheduled for April 11, 2008 at 9:30 a.m., be adjourned without a new date.

Respectfully,

David S. Halsband

cc.    Helen Tuttle, Esq. (via facsimile: **973.360.9831**)
       Counsel for Defendant

*[Handwritten memo endorsed:]* This case is dismissed without prejudice, with leave to re-open within ninety (90) days to enforce the terms of the settlement agreement. So Ordered. April 10, 2008 /s/ Charles L. Brieant USDJ