UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
Jennifer Battaglia

                              07   CIVIL 6501 (CLB)

        Plaintiff,        **JUDGMENT**

  -against-

Lowe's Home Centers, Inc.,

        Defendant
------------------X

    Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on April 10, 2008, having handed down its Memo Endorsed (Document #11), dismissing the complaint without prejudice with leave to re-open within ninety (90) days to enforce the terms of the Settlement agreement, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed without prejudice.

Dated: White Plains, New York

                                          J. Michael McMahon, Clerk

    April 14, 2008

i:/judgment/battaglia.501                         E.O.D.