UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JENNIFER BATTAGLIA,

              Plaintiff,                    STIPULATION & ORDER OF
-against-                                          DISMISSAL WITH PREJUDICE

LOWE'S HOME CENTERS, INC.,

                                                          Civil Action No. 07 Civ. 6501 (CLB)

              Defendant.
------------------------------------------------------------X

      **IT IS HEREBY STIPULATED** between the parties that the above-captioned action is dismissed with prejudice and with each party to bear its own costs and fees.

| HALSBAND LAW OFFICES | DRINKER BIDDLE & REATH |
|---|---|
| By: _/s/ David S. Halsband_ | By: _/s/_ |
| David S. Halsband, Esq. | Thomas J. Barton, Esq. |
| 39 Hudson Street, 4th Floor | 105 College Road East |
| Hackensack, New Jersey 07601 | P.O. 627 |
| (201) 487-6249 | Princeton, New Jersey 08542 |
| Attorneys for Plaintiff | (609) 716-6554 |
| Dated: June 30, 2008 | Attorneys for Defendant |
| | Dated: ~~June~~ July 3, 2008 |

SO ORDERED

_Charles L. Brieant_
U.S.D.J.

PR01/ 732632.1