UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JENNIFER BATTAGLIA,

                Plaintiff,                STIPULATION & ORDER OF
-against-                                    DISMISSAL WITH PREJUDICE

LOWE'S HOME CENTERS, INC.,

                                                 **Civil Action No. 07 Civ. 6501 (CLB)**
                Defendant.
------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED** between the parties that the above-captioned action is dismissed with prejudice and with each party to bear its own costs and fees.

**HALSBAND LAW OFFICES**                   **DRINKER BIDDLE & REATH**

By: _____                By: _____
David S. Halsband, Esq.                            Thomas J. Barton, Esq.
39 Hudson Street, 4th Floor                  105 College Road East
Hackensack, New Jersey 07601              P.O. 627
(201) 487-6249                                           Princeton, New Jersey 08542
Attorneys for Plaintiff                        (609) 716-6554
Dated: June 30, 2008                       Attorneys for Defendant
                                                          Dated: ~~June~~ July 3, 2008

SO ORDERED

_____
U.S.D.J.

PR01/ 732632.1